NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE PARADIGM ALLIANCE, INC.,**
*Plaintiff-Cross Appellant,*

v.

**CELERITAS TECHNOLOGIES, LLC AND
CELERITASWORKS, LLC,**
*Defendants-Appellants,*

v.

**KEN WILKERSON,**
*Third Party Defendant-Appellee.*

---

2010-1446, -1449

---

Appeals from the United States District Court for the District of Kansas in case no. 07-CV-1121, Judge Eric F. Melgren.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the court's September 13, 2010 show cause order,

IT IS ORDERED THAT:

The parties are directed to respond within 20 days from the date of filing of this order.

FOR THE COURT

**SEP 1 4 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Brian P. Baggott, Esq.
      Barry L. Pickens, Esq.
      Mark D. Katz, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 1 4 2010**

**JAN HORBALY**
**CLERK**